**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

*In re*

COCO SUSHI, LLC,

Debtor. /

Case No: 24-13421-LMI

Chapter 11
Subchapter V

COCO SUSHI, LLC,

Plaintiff,

vs.

LIBERTAS FUNDING, LLC

Defendant. /

Adv. Case No.: 24-01289-LMI

**NOTICE OF DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE THAT Plaintiff, Coco Sushi, LLC pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, dismisses the above-styled action against Defendant, LIBERTAS FUNDING, LLC, with prejudice, pursuant to the Court approved settlement agreement between the parties.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case on April 3, 2025.

AGENTIS PLLC
***Counsel for the Plaintiff***
45 Almeria Avenue
Coral Gables, Florida 33134
T. 305.722.2002
www.agentislaw.com

By: *__/s/ Jesse R. Cloyd__*
Jesse R. Cloyd
Florida Bar No: 58388
jrc@agentislaw.com